PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:15-CV-01878-AWI-MJS |
| Plaintiff, | **STATUS REPORT; ORDER** |
| v. | |
| APPROXIMATELY $460,520.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Status Report:

**<u>Background</u>**

1. This is a civil in rem proceeding seeking the forfeiture of the above-captioned property pursuant to 21 U.S.C. § 881(a)(6).

2. On March 11, 2016, the United States filed a motion for default (the "Default Motion") against Juan Plazola and Eduardo Maya. (ECF #9.)

3. On April 26, 2016, the Magistrate Judge issued Findings and Recommendations granting the United States' Default Motion (ECF #12.)

4. On May 26, 2016, the District Court Judge granted, in part, the United States' Default Motion. (ECF #13.) The Court ordered that the United States identify, locate, and provide direct service to the registered owner of the vehicle in which the defendant currency was located, who was identified in the Complaint only as "Marcia" (identified by the United States as Marcia Salcido).

5. On June 9, 2016, the Court granted the United States an additional 60 days to effectuate service on Ms. Salcido. (ECF #15.)

6. On October 3, 2016, the United States filed a Status Report outlining its efforts to notice Ms. Salcido, including asking the United States Marshals Service to attempt personal service on Marcia Salcido. The United States' status report indicated that it would in the near future be renewing its motion for default judgment.

## Status Report

7. On November 26, 2016, the United States identified a second potential address for Salcido. Even though the United States Marshals Service served Marcia Salcido's daughter, who indicated that Marcia Salcido was in Mexico, the United States plans to send notice to the new address discovered for Marcia Salcido.

8. On December 8, 2016 and December 9, 2016, the United States also placed calls to the cell phone number for Marcia Salcido. The cell phone number indicated that "the person you are calling cannot be accepted at this time. We are sorry for any convenience this may cause." The United States would like to attempt to contact Marcia Salcido by telephone again after a week or so has passed.

9. By rule, once notice has been sent, Marcia Salcido will have 35 days to file a claim.

10. Thus, the United States requests an additional 60 days (or until February 9, 2017) to finalize its efforts to notice Ms. Salcido, allow statutory deadlines to run, and then renew its motion for default judgment.

Dated:  December 9, 2016                PHILLIP A. TALBERT
                                        United States Attorney


                                         /s/ Jeffrey A. Spivak
                                        JEFFREY A. SPIVAK
                                        Assistant United States Attorney

ORDER

The United States shall have until February 9, 2017, to file a supplemental report of the status of its efforts to effectuate notice in case number 1:15-CV-01878-AWI-MJS or, if it succeeds in its efforts to effect notice, to renew its motion for default judgment and final order of forfeiture.

IT IS SO ORDERED.

Dated:   December 13, 2016        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE